**David THRASHER, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. WD 45633.

Missouri Court of Appeals,
Western District.

June 22, 1993.

Janet M. Thompson, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Michael J. Runzi, Asst. Atty. Gen., Jefferson City, for respondent.

ORDER

Appeal from a jury conviction for possessing a controlled substance in a correctional facility, § 217.360.1(1), RSMo Cum. Supp.1990, and denial of a Rule 29.15 motion after evidentiary hearing. The court affirms both judgments. Rule 30.25(b) and Rule 84.16(b).